UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

HOME POINT FINANCIAL
CORPORATION d/b/a HOMEPOINT,

    PLAINTIFF,

v.

LOAN FACTORY, INC.,

    DEFENDANT.

CASE NO. 4:23-CV-11393-FKB-KGA

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties in this matter have settled this dispute.  Plaintiff Homepoint Financial Corporation dismisses this case with prejudice under Federal Rule of Civil Procedure 41(a).  The dismissal is without costs or fees to either party.

*s/ Neal Bailen*
Neal Bailen
STITES & HARBISON PLLC
323 E. Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  nbailen@stites.com

*Counsel for Plaintiff, Home Point Financial Corporation*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2023, the foregoing document was served on all counsel of record through CM/ECF.

*s/ Neal Bailen*
Neal Bailen

217434:1